**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAELENE CABRERA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1-20, Inclusive,<br><br>　　　　　Defendant. | Case No. ED CV 22-555-DMG (KKx)<br><br>**ORDER RE JOINT STIPULATIN FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [18]** |

The Court, having considered the Joint Stipulation for the Dismissal of the Entire Action and good cause appearing therefor, makes the following Order:

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation for the Dismissal of the Entire Action is APPROVED.  The above-captioned action is DISMISSED WITH PREJUDICE.  All scheduled dates and deadlines are VACATED.

DATED:  August 2, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE